[No. 16790.   Department Two.   March 9, 1922.]

MARGUERITE ANDERSEN, *Respondent,* v. ANDREAS
ANDERSEN, *Appellant.*[1]

DIVORCE (36)—EVIDENCE—CRUELTY—SUFFICIENCY OF FINDINGS.
A finding that each of the parties have used abusive language to
each other and in times of extreme temper used physical force
against each other, sustains a decree of divorce on the ground of
cruelty.

Appeal from a judgment of the superior court for
King county, Frater, J., entered May 24, 1921, upon
findings in favor of the plaintiff, in an action for
divorce, tried to the court. Affirmed.

*Clarence L. Reames,* for appellant.

*W. W. Montgomery,* for respondent.

PER CURIAM. — The sole question in this case is
whether the finding by the trial court that, "for some
years last past both the plaintiff and the defendant
have used abusive language to each other, and that
in times of extreme temper each has used physical
force against the other," is a sufficient finding to allow
the court to grant a divorce.

Although the finding does not set out all the facts
which might have been embodied in it, we take it that
it is sufficient to constitute a finding of cruelty, which,
under our divorce statutes, is sufficient ground for
granting a decree.

For that reason, the judgment of the trial court is
affirmed.

[1]Reported in 204 Pac. 795.